**Order filed October 19, 2011**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-10-01129-CV

———————

**S.L.A. STUDIO LAND, INC., Appellant**

**V.**

**MOODY FAMILY HOUSING, L.L.C., SRC CONSTRUCTION, INC.,
SALVATORE R. CARABETTA AND CARABETTA ENTERPRISES, INC.,
Appellee**

On Appeal from the 281st District Court
Harris County, Texas
Trial Court Cause No. 2007-13583

## O R D E R

The clerk's record was filed February 07, 2011. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain (1) SRC Construction, Inc., Salvatore R. Carabetta and Carabetta Enterprises, Inc. Motion for Leave to Supplement Evidence (2) the Supplemental Affidavit of Salvatore R. Carabetta filed March 5, 2010

The Harris County District Clerk is directed to file a supplemental clerk's record on or before October 27, 2011, containing (1) SRC Construction, Inc., Salvatore R. Carabetta and Carabetta Enterprises, Inc. Motion for Leave to Supplement Evidence (2) the Supplemental Affidavit of Salvatore R. Carabetta filed March 5, 2010

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM